UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHIL CAPPADORA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                  Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

                  Defendants.

Case No. 20-cv-06067

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff PHIL CAPPADORA hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment dated February 9, 2022 and annexed hereto as **Exhibit A**.

Dated: February 10, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*