UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2022 ★
BROOKLYN OFFICE

PHIL CAPPADORA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendants.

Case No. 20-cv-06067 (EK)(RER)

**[PROPOSED]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Costco Wholesale Corporation ("Defendant"), having offered to allow Plaintiff Phil Cappadora ("Plaintiff") to take a judgment against it, in the sum of Fifteen Thousand Dollars ($15,000), with respect to Plaintiff's federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated February 9, 2022 and filed as Exhibit A to Docket Number 29;

**WHEREAS**, on February 10, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 29);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiff Phil Cappadora, in the sum of Fifteen Thousand Dollars ($15,000), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated February 9, 2022 and filed as Exhibit A to Docket Number 29.

Dated: Brooklyn, New York

February 14, 2022

BRENNA B. MAHONEY
Clerk of Court

by: *Jalitza Poveda*
Deputy Clerk